In the Matter of the CITY OF NEW YORK, Appellant-Respondent, Acting for and on Behalf of the New York City Housing Authority, to Acquire Title to Real Property within the Area Bounded by BROADWAY and OTHER STREETS, Boroughs of Manhattan and The Bronx, and MARBLE HILL AVENUE and Other Streets, Boroughs of Manhattan and The Bronx, Selected as a Site for Housing Project Known as MARBLE HILL HOUSES. CECELIA GANNON, as Administratrix of Estate of JOHN C. RODGERS, Deceased, et al., Respondents-Appellants; EXTERIOR STREET REALTY CORPORATION et al., Appellants; SINCLAIR REFINING COMPANY et al., Respondents.— Settle order on notice reversing findings and conclusions inconsistent herewith and containing such new findings as are necessary. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

In the Matter of AUGUST C. FLAMMAN, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Constituting the Temporary State Housing Rent Commission, et al., Respondents.— We decide no other question. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

HAROLD E. INGRAM et al., Respondents, v. HARRIS S. BIGELOW et al., Appellants.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.